**To the Honorable Judge**

**1) These actions have created a hostile work environment that has impacted my well-being and my ability to perform my job effectively. Such behavior is not only unethical but also a violation of the law, as it goes against the principles of fair chance Act and fair treatment in the workplace. I have attempted to address these issues. Therefore, I am left with no choice but to escalate this matter and seek redress through legal means.**

**2) I am requesting that immediate action be taken to investigate these claims. I also request that appropriate corrective measures be implemented to ensure that all employees are treated fairly and respectfully regardless of their criminal history. I am willing to provide any additional information or evidence that may be required to support my complaint. I trust that these Hotel's, residences, & Casinos will take this matter seriously and take the necessary steps to address and rectify this situation promptly.**

**3) I, Cody Gabriel, representing the plaintiff in the case at hand, hereby submit this Complaint. The defendants in this case are**

**· Seminole Hard Rock Hotel and Casino,**

**· The National Gaming Commission,**

- Hard rock international
- Faena Hotel Miami beach
- Marquis Management
- SLS lux Brickell
- SLS Miami Beach
- 1 hotel south beach
- JW Marriott Miami Turnberry Resort & Spa
- Turnberry Ocean Colony
- Grand Beach hotel surfside
- The Bath Club
- The Elser Residences Miami Highgate cooperation
- Akam property management
- Mondrian South beach
- Attitude Management Group LLC
- LIVunLtd
- Edgewater Miami Condos
- Moxy Miami South Beach
- Kenilworth Association
- The Miami Beach EDITION
- Hilton Bentley Miami/South Beach

**4) The proposed seek to provide additional details and specificity regarding the actions and involvement of the defendants, which are pertinent to the claims raised in the original complaint. These are essential for a comprehensive and fair adjudication of this case, ensuring that all relevant parties are held accountable for their alleged wrongful conduct.**

**5) I respectfully request the Court's approval the complaint as outlined above. I assure the Court that these Allegation will not cause any undue delay or prejudice to the defendants and are crucial for presenting a complete and accurate account of the claims in this matter.**

**6) Thank you for your attention to this matter. I am available to provide any further information or clarification as needed.**

**\*\*Jurisdiction\*\***

**7) Respectfully, I present this complaint based on the violation of Title 5, Chapter 92 United States Code criminal history inquiries violation Sec. Rep 387 pages 116-33 Sec. 9201, Sec. 9202, and Sec. 9203 failure to hire under the Fair Chance Act and Ban the Box law.**

## **Allegations or Facts **

## (Violations of the Fair Chance Act)

## COMPLAINT ABOUT THE EMPLOYER'S USE OF CRIMINAL HISTORY INFORMATION DURING THE EMPLOYMENT PROCESS:

8) These violations include but are not limited too.

9) Application included a question about conviction history before a conditional job offer was made.

10) Employer asked about or considered my conviction history before a conditional job offer was made.

11) a. Employer considered, distributed, or disseminated information about:

i. An arrest not followed by conviction My referral to or participation in a pretrial or posttrial diversion program.

ii. Convictions that had been sealed, dismissed, expunged, or statutorily eradicated.

iii. Employer did not make an individualized assessment considering the nature and gravity of the conduct, the time passed, and the nature of the job held or sought.

12) Employer did not notify me in writing of the preliminary decision that my conviction history disqualified me from employment.

**13) Employer did not provide me a notice of the conviction(s) that disqualified me from employment.**

**14) Employer did not provide me with a copy of my conviction history report.**

**15) Employer did not explain my right to respond to the preliminary disqualification decision or the deadline by which I had to respond.**

**16) Employer did not explain my right to submit evidence challenging the conviction history report, mitigating circumstances, or circumstances regarding my rehabilitation.**

**17) Employer did not consider my response to the preliminary disqualification decision.**

**18) Employer did not notify me in writing of the final decision to disqualify me because of my conviction history.**

**19) Failure to provide Human resources and manager with the proper training of fair chance act.**

## **PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff Cody Gabriel prays that this Court:**

**20) Enter judgment in favor of Cody Gabriel and against the Defendant for violation of**

**21) Award Cody Gabriel Rights under Title V, Chapter 92 United States Code criminal history inquiries violation Sec. Rep 387 pages 116-33 Sec. 9201, Sec. 9202, Sec. 9203**

**22) Declare that the actions of the Defendant constituted unlawful;**

**23) Award Cody Gabriel compensatory damages, including, punitive damages, lost wages and benefits, in such amount as will reasonably compensate his losses, and Economic damages**

**24) Award Cody Gabriel costs, non-taxable expenses in this action.**

**25) Award Cody Gabriel such other and further relief as the Court deems equitable.**

**26) Award Cody Gabriel an Injunctive Relief.**

**27) Compensatory damages: $ 6.25% percent of the company's net worth per employer.**

**I. Emotional distress:**

**II. mental health issues**

**III. depression**

**IV. humiliation**

**V. frustration**

**VI. anger**

**VII. grief**

**VIII. Substance abuse**

**IX. panic attacks**

**X. nightmares**

**XI. insomnia**

**XII. post traumatic trauma**

**XIII. anxiety**

**XIV. anguish**

**XV. fear**

**XVI. hypertension**

**29) Punitive damages: 4x;**

**I. loss of consortium**

**II. lost opportunities**

**III. loss of enjoyment of life**

**IV. loss of companionship**

**V. State of unhoused, unsheltered & homelessness**

**VI. Uncontrollable crying**

**VII. Avoiding Family and Friends**

**30) Economic damage:**

**I. Front pay**

**II. Plus, Benefits**

**III. Bonuses**

**31) Your Honorable Judge,**

I ask to be granted this relief. In the case of Cody Gabriel, a heartbreaking tale unfolds, showcasing the devastating consequences of losing a beloved brother and the subsequent challenges faced by the surviving sibling. Cody's brother, Julvio Gabriel, passed away in 10/15/2023 five months after the job interview.

**32)** Julvio Gabriel a caring and compassionate soul, expressed deep concern for Cody's well-being, urging him to come live in Indiana to ensure his safety and stability. Despite Julvio's heartfelt intentions, Cody, a Miami resident, chose to remain in the city he loved, believing he could forge his own path to success and happiness.

**33)** Tragically, just five short months after their poignant conversation, Julvio succumbed to a sudden death, leaving Cody bereft and grappling with a multitude of hardships. Stripped of his anchor of support and guidance, Cody found himself thrust into a world of homelessness, uncertainty, and financial instability. Rejected by employers due to various setbacks, Cody struggled to make ends meet, let alone afford the funeral expenses for his beloved brother.

**34)** As the weight of grief, anxiety, and depression bore down on Cody's shoulders, he found himself in a harrowing predicament, tasked with shouldering the burden of funeral

costs and payments on his instead of receiving empathy and understanding, Cody faced humiliation and derogatory remarks from his own aunt, uncle, brothers' friends compounding his emotional turmoil and sense of isolation.

35) Further complicating Cody's already tumultuous circumstances was his little sister, who battled a myriad of complex health issues, including cerebral palsy, autism, seizures, and asthma. Requiring extensive care, medical attention, and specialized support, Cody's sister's well-being hung in the balance, further deepening his sense of responsibility and urgency.

36) In the face of such overwhelming challenges and adversities, Cody Gabriel stands at a crossroads, teetering on the brink of despair yet holding onto a flicker of hope. The financial assistance he seeks is not merely a lifeline for himself but a beacon of light that could reunite him with his cherished sister, provide her with the care she desperately needs, and prevent the loss of yet another beloved family member.

37) With the support and resources, he so desperately requires, Cody envisions a future where he can finally bring his sister back into his loving embrace, secure a stable home, and pave the way for a brighter tomorrow. This financial aid is not just a means to an end but a catalyst for

healing, resilience, and the restoration of a fractured family bond.

38) It is an opportunity for Cody to transcend his circumstances, defy the odds stacked against him, and emerge stronger, more empowered, and determined to rewrite his story of loss and adversity into one of resilience, hope, and triumph.

Respectfully submitted,

Cody Gabriel

Pool attendant or Pool assistant manager positions

Address: 1545 NW 7th Avenue Miami FL 33136

Phone Number: (305)-527-7543

Signed: _Cody Gabriel_

Date: _07_/_24_/_2024_





**BRIGHTON | COCONUT CREEK | HOLLYWOOD | IMMOKALEE | TAMPA**

4/24/2023

Cody But
1300 Washington Avenue unit 192521 1551 NE 163th street  APT 609
Miami Beach Florida 33139

Dear Cody:

We are extremely pleased to present you with an offer for the position of *GUITAR POOL - ASST MANAGER - FT with Seminole Hard Rock Hotel & Casino Hollywood.  The conditions of your employment are:

- Your start date will be determined once the pre-employment gaming process is complete.
- Reports to the GM - POOL OPERATIONS.
- Base pay of $48,160.00 per hour.  ← *Dont Understand hourly or yearly?*
- Your shift will be Varies.
- This position may be bonus eligible based on company performance.
- Comprehensive benefits, to be provided under separate cover, will be effective the first day of the month following sixty (60) days from the date of employment.
- We are proud to be able to provide 401k plans to employees who meet a certain criteria. Details will be provided to you by the benefits team during your new hire orientation.

Please note that our casino is open 24 hours a day, 7 days a week, 365 days a year and you may be required to work nights, weekends and holidays. It is also a smoking facility and you may be subject to working around guests that smoke.

The terms and conditions of the position for which you are being hired are contingent upon successful completion of the Seminole Tribe of Florida gaming license process. This includes a drug screen, credit and background check.

We anticipate that your new role will be a rewarding experience and wish you all the best.

Sincerely,

Recruitment Team
Seminole Hard Rock Hotel & Casino Hollywood

Your signature in the designated space below will confirm your acceptance of this offer.

**AGREED AND ACCEPTED**

☑ ☑  **Candidate's Signature**
Cody But 4/24/2023 7:01 PM

3:58                                   🔋 ⏰ 4G .ıll 69% 📶





# (800) 617-7488

Add note ✎

                    

Today

📞↗  **3:58 PM**
Outgoing call

📞  **3:57 PM**
Outgoing call

📞  **3:57 PM**
Outgoing call

**3:57 PM**
Outgoing call

**3:33 PM**
Outgoing call, 6 mins 16 sec

May 1, 2024

**4:38 PM**
Outgoing call, 6 mins 24 sec

March 14, 2024

**12:53 PM**
Outgoing call

January 30, 2024

**9:52 AM**
Outgoing call

January 17, 2024

**10:57 AM**
Outgoing call

**9:20 AM**
Outgoing call

**9:20 AM**
Outgoing call

January 16, 2024

**2:34 PM**
Outgoing call, 1 min 5 secs

**2:34 PM**
Outgoing call

**11:54 AM**
Outgoing call, 2 mins 20 sec

January 15, 2024

**4:09 PM**
Outgoing call

**4:09 PM**
Outgoing call

**4:08 PM**

## Important Notification Regarding your Gaming Application for Seminole Hard Rock Hotel & Casino Hollywood

**Hard Rock Hollywood Careers** <seminole+email+1j03h-543a63d00b@talent.icims.com>
Mon 5/22/2023 12:03 PM
To:jimmyCG89@outlook.com <jimmyCG89@outlook.com>



BIG CYPRESS | BRIGHTON | COCONUT CREEK | HOLLYWOOD | IMMOKALEE | TAMPA

May 22, 2023

Dear Cody,

This email is in regard to the pre-employment background check you recently completed. After processing, the Seminole Tribal Gaming Commission has informed us that you have not met the basic pre-employment requirements to move forward with this position and we are therefore required to withdraw the conditional offer of employment for the *RECREATION GUITAR - ASSISTANT MANAGER - FT position.

As you are aware, the background investigation includes; but is not limited to, a criminal background check, credit check, and prior employment dates. For privacy purposes, only the Seminole Tribal Gaming Commission investigators have access to the Gaming License Application you submitted, therefore I cannot give you additional information on the reason for this result.

Should you require further explanation please contact 800-617-7488.

We sincerely thank you for your interest in our company and wish you well in your future employment endeavors.



**SEMINOLE TRIBE OF FLORIDA**
HUMAN RESOURCES DEPARTMENT
6300 STIRLING ROAD • HOLLYWOOD FLORIDA 33024
TOLL FREE: 800-683-7800 X11136
LOCAL: 954-967-3403 • FAX: 954-967-3477
WEBSITE: WWW.SEMINOLETRIBE.COM

### BACKGROUND INVESTIGATION
### EMPLOYMENT APPLICATION SUPPLEMENT

1. **Privacy Notice**

*In compliance with the privacy Act of 1974, the following information is provided:*

Solicitation of the information on this form is authorized by Public Law 101-630. The purpose of the requested information is to determine the eligibility of individuals to be employed in a position that involves regular contact, or control over, Indian children. The information will be used by the Seminole Tribe of Florida and any agencies of other Indian tribes, or the federal and State governments, that need to know the information in the performance of their duties.

The information may be disclosed to appropriate Federal, Tribal, State, local or foreign law enforcement and regulatory agencies when relevant to civil, criminal or regulatory investigations and/or prosecutions or when pursuant to a requirement by the Seminole Tribe of Florida, in connection with an offer of employment, or the termination of employment. Failure to consent to the disclosure indicated in this notice will result in the Seminole Tribe of Florida being unable to hire you or retain you in a position that involves regular contact, or control over, Indian children.

2. **Notice Regarding False Statements:**

A false statement on any part of your initial employment application, and/or this supplement to employment application, may be grounds to withhold an offer of employment, or may result in the termination of your employment. Your responses to the following questions are made under Federal penalty or perjury which is punishable by fine or imprisonment.

All applicants and employees are required to submit to a pre-employment drug screen, as well as additional screenings randomly or annually, based upon the requirements of the position, and/or the department.

Fingerprints and an ID photograph will be taken by a representative of the Seminole Tribe of Florida.

*Application Instructions:*

1. This application must be typed or printed in legible form.
2. Answer every question accurately and completely. If a question does not apply, mark "not applicable".
3. If the space available is insufficient, use attached comment pages to complete your answers.
4. Enter your name and the number of the question answered on each comment page.
5. Copies of certifications and college transcripts must be provided upon request, and are subject to verification. Originals or certified official copies may be requested at a later date.

**Direct any questions and completed applications to the Human Resources Department.**

*I acknowledge that I have read and understand the information provided above:*

_____                    05/01/2024
Applicant's Signature                                                              Date

# AUTHORIZATION AND RELEASE

I, (Name) _Cody Gabriel_ _____ born at (Place of Birth) _Miami FL_
(State) _Florida_ _____ (Country) _US_ _____ on
(Date of Birth) _07/20/1969_ , having filed an application for a license as a: ( ) Primary Management Official, ( ) Key Employee; ( ) or other, at a gaming enterprise owned and operated by the Seminole Tribe of Florida, hereby apply for a character report and consent to have an investigation made as to my moral character, reputation and fitness for such position, and such other information as may be received, all of which will be reported only to the Seminole Tribal Gaming Commission of the Seminole Tribe of Florida, and the National Indian Gaming Commission and may be used by those entities in determining my fitness for the license for which I have applied, I agree to give any further information which may be required concerning my past record. I understand that the contents of my character report are confidential.

I also authorize and request every person, firm, company, corporation, governmental agency, Indian tribe, law enforcement agency, court, association or institution having control of any documents, records or other information pertaining to me to furnish the Seminole Tribal Gaming Commission on behalf of the Seminole Tribe of Florida, any such information including documents or records, regarding charges or complaints filed against me, including any complaints erased by law, whether formal or informal, pending or closed, or any other pertinent data, and to permit the Seminole Tribal Gaming Commission or any of its agencies or representatives to inspect and make copies of such documents, records or other information. The records, however, will not include any information with respect to juvenile offenses. Such records, I understand, may include reasons for termination of employment, disciplinary records, attendance records, reasons for discharge from the military service, criminal history, on the job performance, complete history of injuries suffered, including disability remaining, educational records, credit records and any other personal information which may not otherwise be obtained without any prior agreement.

I authorize the National Personnel Records Center, in St. Louis, Missouri or any other custodian of my military records to release to the Seminole Tribal Gaming Commission information or photocopies from my military personnel and related medical records. I understand that this information will become privileged to the Seminole Tribal Gaming Commission, Seminole Tribe of Florida and the National Indian Gaming Commission and may become part of the confidential records of the Seminole Tribal Gaming Commission, Seminole Tribe of Florida and the National Indian Gaming Commission to which I will not have access.

I hereby release, discharge and exonerate the Seminole Tribal Gaming Commission, the Seminole Tribe of Florida, its agencies and representatives, the National Indian Gaming Commission and any other person so furnishing information from any and all liability of every nature and kind arising out of the furnishing or inspection of such documents, records and other information or the investigation made by the Seminole Tribal Gaming Commission, its agents or representatives.

Signature of Applicant: _Cody Gabriel_ _____ Date: _05/01/2024_

Initials _CG_

R3/13

## IMPORTANT WARNINGS AND DISCLOSURES

Federal law requires that the following notice be presented to each individual who applies for a gaming license from an Indian Tribe:

### FALSE STATEMENTS

A false statement on any part of your license application may be grounds for denying a license or the suspension or revocation of a license. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).

### PRIVACY NOTICE

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 25 U.S.C. 2701 et seq. The purpose of the requested information is to determine the eligibility of individuals to be granted a gaming license. The information will be used by the Tribal gaming regulatory authorities and by the National Indian Gaming Commission (NIGC) members and staff who have need for the information in the performance of their official duties. The information may be disclosed by the Tribe or the NIGC to appropriate Federal, Tribal, State, local, or foreign law enforcement and regulatory agencies when relevant to civil, criminal or regulatory investigations or prosecutions or when pursuant to a requirement by a tribe or the NIGC in connection with the issuance, denial, or revocation of a gaming license, or investigations of activities while associated with a tribe or a gaming operation. Failure to consent to the disclosures indicated in this notice will result in a tribe's being unable to license you for a primary management official or key employee position.

The disclosure of your Social Security Number (SSN) is voluntary. However, failure to supply a SSN may result in errors in processing your application.

I hereby swear or affirm that the foregoing information is true and complete and that there are no misrepresentations or omissions in or falsifications of the above statements and answers to questions. I am aware that, should investigation disclose such misrepresentations, falsifications, or omissions, my application may be rejected, and I may be disqualified or if, after a license is issued to me, subsequent investigation should disclose misrepresentation, falsification, or omissions, just cause may exist for revocation of my Seminole Tribal Gaming License.

Signature of Applicant: _____   Date 05/01/2024

Initials _CG_

R3/13

## NONCRIMINAL JUSTICE APPLICANT'S PRIVACY RIGHTS

As an applicant who is the subject of a national fingerprint-based criminal history record check for a noncriminal justice purpose (such as an application for employment or a license, an immigration or naturalization matter, security clearance, or adoption), you have certain rights which are discussed below. All notices must be provided to you in writing. [1] These obligations are pursuant to the Privacy Act of 1974, Title 5, United States Code (U.S.C.) Section 552a, and Title 28 Code of Federal Regulations (CFR), 50.12, among other authorities.

- You must be provided an adequate written FBI Privacy Act Statement (dated 2013 or later) when you submit your fingerprints and associated personal information. This Privacy Act Statement must explain the authority for collecting your fingerprints and associated information and whether your fingerprints and associated information will be searched, shared, or retained. [2]
- You must be advised in writing of the procedures for obtaining a change, correction, or update of your FBI criminal history record as set forth at 28 CFR 16.34.
- You must be provided the opportunity to complete or challenge the accuracy of the information in your FBI criminal history record (if you have such a record).
- If you have a criminal history record, you should be afforded a reasonable amount of time to correct or complete the record (or decline to do so) before the officials deny you the employment, license, or other benefit based on information in the FBI criminal history record.
- If agency policy permits, the officials may provide you with a copy of your FBI criminal history record for review and possible challenge. If agency policy does not permit it to provide you a copy of the record, you may obtain a copy of the record by submitting fingerprints and a fee to the FBI. Information regarding this process may be obtained at https://www.fbi.gov/services/cjis/identity-history-summary-checks and https://www.edo.cjis.gov.
- If you decide to challenge the accuracy or completeness of your FBI criminal history record, you should send your challenge to the agency that contributed the questioned information to the FBI. Alternatively, you may send your challenge directly to the FBI by submitting a request via https://www.edo.cjis.gov. The FBI will then forward your challenge to the agency that contributed the questioned information and request the agency to verify or correct the challenged entry. Upon receipt of an official communication from that agency, the FBI will make any necessary changes/corrections to your record in accordance with the information supplied by that agency. (See 28 CFR 16.30 through 16.34.)
- You have the right to expect that officials receiving the results of the criminal history record check will use it only for authorized purposes and will not retain or disseminate it in violation of federal statute, regulation or executive order, or rule, procedure or standard established by the National Crime Prevention and Privacy Compact Council. [3]

[1] Written notification includes electronic notification, but excludes oral notification.
[2] https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement
[3] See 5 U.S.C. 552a(b); 28 U.S.C. 534(b); 34 U.S.C. § 40316 (formerly cited as 42 U.S.C. § 14616), Article IV(c); 28 CFR 20.21(c), 20.33(d) and 906.2(d).

Updated 11/6/2019



**Employment Eligibility Verification**
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

▶START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| Gabriel | Cody | NA | NA |

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 1551 NE 167th | 609 | North Miami Beach | FL | 33162 |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 02/20/1989 | | Jimmycg89@outlook.com | (786) 848-1433 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

[X] 1. A citizen of the United States

[ ] 2. A noncitizen national of the United States (See instructions)

[ ] 3. A lawful permanent resident    (Alien Registration Number/USCIS Number):

[ ] 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy):
Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

1. Alien Registration Number/USCIS Number:
**OR**
2. Form I-94 Admission Number:
**OR**
3. Foreign Passport Number:
Country of Issuance:

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| Cody Gabriel | 05/01/2024 |

**Preparer and/or Translator Certification (check one):**
[X] I did not use a preparer or translator.   [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| | |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| | |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |



STOP Employer Completes Next Page STOP



## Employment Eligibility Verification
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

### Section 2. Employer or Authorized Representative Review and Verification
(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")

| Employee Info from Section 1 | Last Name (Family Name) Gabriel | First Name (Given Name) Cody | M.I. | Citizenship/Immigration Status US Citizen |
|---|---|---|---|---|

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Identity and Employment Authorization | | Identity | | Employment Authorization |

| List A | List B | List C |
|---|---|---|
| Document Title | Document Title Driver license | Document Title Social Security |
| Issuing Authority | Issuing Authority State of Florida | Issuing Authority Social Security Administration |
| Document Number | Document Number G164-100-89-060-0 | |
| Expiration Date (if any) (mm/dd/yyyy) | Expiration Date (if any) (mm/dd/yyyy) 02/20/2030 | |
| Document Title | | |
| Issuing Authority | **Additional Information** | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Document Number | | |
| Expiration Date (if any) (mm/dd/yyyy) | | |
| Document Title | | |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date (if any) (mm/dd/yyyy) | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): _____   (See instructions for exemptions)

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |

### Section 3. Reverification and Rehires (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.<br>Give Form W-4 to your employer.<br>Your withholding is subject to review by the IRS. | **2023** |

**Step 1:**
**Enter**
**Personal**
**Information**

First name and middle initial: Cody C.   Last name: Gabriel

(b) Social security number

Address: 1551 NE 167th Apt # 609

City or town, state, and ZIP code: North Miami Beach Florida 33162

Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c) [X] Single or Married filing separately
☐ Married filing jointly or Qualifying surviving spouse
☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, other details, and privacy.

**Step 2:**
**Multiple Jobs**
**or Spouse**
**Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Reserved for future use.

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is generally more accurate than (b) if pay at the lower paying job is more than half of the pay at the higher paying job. Otherwise, (b) is more accurate . . . . . . . . . . . . . . . ▸ ☐

**TIP:** If you have self-employment income, see page 2.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**
**Claim**
**Dependent**
**and Other**
**Credits**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 . $ 0

Multiply the number of other dependents by $500 . . . . . $ 0

Add the amounts above for qualifying children and other dependents. You may add to this the amount of any other credits. Enter the total here . . . . . | 3 | $ 0

**Step 4**
**(optional):**
**Other**
**Adjustments**

(a) **Other Income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . | 4(a) | $ 0

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . | 4(b) | $ 0

(c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . | 4(c) | $ 0

**Step 5:**
**Sign**
**Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

_Cody Gabriel_

Employee's signature (This form is not valid unless you sign it.)

Date

**Employers**
**Only**

Employer's name and address

First date of employment

Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 3.   Cat. No. 10220Q   Form **W-4** (2023)

Form W-4 (2023)

Page **3**

## Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*

If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on only ONE Form W-4. Withholding will be most accurate if you complete the worksheet and enter the result on the Form W-4 for the highest paying job. To be accurate, submit a new Form W-4 for all other jobs if you have not updated your withholding since 2019.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables.

1   **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip** to line 3 . . . . . . . . . . . . . . . . . **1** $ 0

2   **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3.

  a   Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . . . . . . . . **2a** $ 0

  b   Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . . . . . . . . **2b** $ 0

  c   Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . . **2c** $ 0

3   Enter the number of pay periods per year for the highest paying job. For example, if that job pays weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. . . . **3** 0

4   **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in **Step 4(c)** of Form W-4 for the highest paying job (along with any other additional amount you want withheld) . . . . . . . . . . . . . . . . . . . **4** $ 0

## Step 4(b)—Deductions Worksheet *(Keep for your records.)*

1   Enter an estimate of your 2023 itemized deductions (from Schedule A (Form 1040)). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income . . . . . . **1** $ 0

2   Enter:   • $27,700 if you're married filing jointly or a qualifying surviving spouse
           • $20,800 if you're head of household                                       **2** $ 13,850
           • $13,850 if you're single or married filing separately

3   If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-" . . . . . . . . . . . . . . . . . . **3** $ 0

4   Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information . . . **4** $ 0

5   Add lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 . . . . . . **5** $ 0

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and territories for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.



## Reporting Arrest

Licensees who are arrested or criminally charged (felony, misdemeanor, DUI – including minor violations) must report the arrest(s)/charge(s) within three (3) days to the Seminole Tribal Gaming Commission (STGC).

*Please list arrest(s)/charge(s) that have taken place subsequent to your initial licensing with the STGC*

| Charge | Date: | Level of Charge: | State and City: | Details of the event: |
|---|---|---|---|---|
| RBRY/STRNGARM 101/19 Robbery/strngarm Att | 3/05/2021 9/05/2021 | Felony Felony | Miami Beach Florida | No action No action |
| Battery | 01/23/2014 | Misdemeanor | Miami Florida | Nolle Pros |
| Battery | 04/21/2010 | Misdemeanor Battery | Miami Florida | Nolle Pros - ComP PT |

*Cody Grahn*
Signature

*Cody Grabriel*
Print Name

05/01/2024
Date

# BACKGROUND INVESTIGATION EMPLOYMENT APPLICATION SUPPLEMENT

Position Applying for: _Pool Assist Manager_     Reservation: _____

## PERSONAL INFORMATION (Please Print Clearly)

_Gabriel_
Last Name

_Cody_
First Name

Middle Name

_Maiden Name_ or Other Names used within the past five (5) years (list the year each name changed):

_None_

Home Telephone: (786) 755-8594     Cell/Other Number: (786) 848-1433

E-mail: _Jimmycy89@outlook.com_     Date of Birth: 02/ 20 /1989

## HOME ADDRESSES FOR THE PAST 5 YEARS (Use additional page if needed)

_8422 NW 5th PL  Miami  FL  33150_     Mo. 10  Yr. 2000  to Mo. 7  Yr. 2017
Street Address        Apt #      City          State      Zip

_1551 NE 167th Street # 609 North Miami Beach 33162_     Mo. 7  Yr. 2017  to Mo. 2  Yr. 2020
Street Address        Apt #      City          State      Zip

Street Address        Apt #      City          State      Zip     Mo.    Yr.    to Mo.    Yr.

Street Address        Apt #      City          State      Zip     Mo.    Yr.    to Mo.    Yr.

## EDUCATION (List ultimate degree)

GED: Yes X  No _____     Date Received: 6/18/2007     Testing Area: _____

_Miami Edison Senior High School_     Mo. 8  Yr. 2003  to Mo. 6  Yr. 2007
Name of High School

_6161 NW 5th Ct Miami Fl 33127_     Diploma Received: Yes X  No _____
Street Address     City     State     Zip

_Miami Dade Community College_     Mo. 8  Yr. 2007  to Mo. NA  Yr. NA
Name of College

_300 NE 2nd Ave Miami Fl 33132_     Diploma Received: Yes_____  No X
Street Address     City     State     Zip

Type of Professional License(s)/Certification(s): _Supervision and Management_

License/Certification #: _NA_     State: _____     Date Received: _____

Has your license/certification ever been under investigation, suspended or revoked?     Yes _____  No X

_If yes, please explain in the additional space provided on page 4._

## BACKGROUND INFORMATION

| Gabriel | Code | |
|---------|------|---|
| Last Name | First Name | Middle Name |

Your answers should include convictions resulting from a plea of nolo contendere (no contest), but omit: (1) traffic fines of $300 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth Corrections Act or similar State law, and (5) any conviction whose record was expunged under Federal or State law.

Section 231 of Crime Control Act of 1990, Public Law 101-647, requires that employment applications for federal child care positions have applicants sign a receipt of notice that a criminal records check will be conducted.

| | YES | NO |
|---|---|---|
| 1. Have you ever been arrested for or charged with a crime involving a child? If "yes", provide the date, explanation of the violation, disposition of the arrest or charge, place of occurrence, and the name and address of the police department or court involved. | | X |

Section 408 of the Miscellaneous Indian Legislation, Public Law 101-630, requires a criminal records check for positions with regular contact with, or control over, Indian children.

| | YES | NO |
|---|---|---|
| 2. Have you ever (1) been arrested for or charged with a crime involving a child, and/or (2) been found guilty of, or entered a plea of nolo contendere or guilty to, **any felonious offense or any of two or more misdemeanor offenses** under Federal, State or Tribal law involving crimes of violence; sexual assault, molestation, exploitation, contact or prostitution; or crimes against **children?** If "Yes", provide the date, explanation of the violation, disposition of the arrest or charge, place of occurrence, and the name and address of the police department or court involved. | | X |
| 3. During the last 10 years, have you been convicted, been imprisoned, been on probation, or been on parole? (Include felonies, firearms or explosives violations, misdemeanors and all other offenses.) If "Yes", use additional space to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved. | | X |
| 4. Have you been convicted by a military court-martial in the past 10 years? (If no military service, answer "No") If "Yes", use additional space to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved. | | X |
| 5. Are you now under charges for any violation of law? If "Yes", use additional space to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved. | | X |
| 6. During the last five (5) years, was your employment terminated by your employer for any reason? Did you voluntarily resign a position after being told that your employment was being terminated? Did you leave any job by mutual agreement because of specific problems, or were you debarred from Federal employment by the Office of Personnel Management? If "Yes", use additional space to provide the date, an explanation of the problem and reason for leaving, and the employer's name and address. | | X |
| 7. Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.) If "Yes", use additional | | X |

| | YES | NO |
|---|---|---|
| space to provide the type, length, and amount of the delinquency or default, and steps that you are | | |
| 8. In the last year, have you used, possessed, supplied, or manufactured illegal drugs? When used without a prescription, illegal drugs include marijuana, cocaine, hashish, narcotics (opium, morphine, codeine, heroin, etc.), stimulants (cocaine, amphetamines, etc.), depressants (barbiturates, methaqualone, tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.)? | | X |
| 9. Have you lived on tribal lands in the last 5 years (or scope of the investigation)? The question should be asked to ensure all Local Law Enforcement Inquiry (LLEI) checks are accomplished as appropriate. | | X |

## ADDITIONAL SPACE

Nothing!   NA

I certify that my response to these questions is made under Federal penalty of perjury, which is punishable by fines or imprisonment, and that I have received notice that a criminal check will be conducted. I understand my right to challenge the accuracy and completeness of any information contained in the report.

Applicant's Signature

Date 05/01/2024



# Gaming Application

PLEASE COMPLETE THE GAMING LICENSE APPLICATION IN ITS ENTIRETY.

## Gaming Application Instructions

➢ It is important to answer _each_ question accurately and truthfully, as each statement made in this application is subject to verification.
➢ Any misrepresentation or failure to disclose information requested may be grounds for denial, suspension, or revocation of a license.
➢ Statements such as "Will explain later","Call me for details","Prefer to answer in person", etc. are not acceptable.

## For the following Questions you MUST include the following:

### Question 14

⊙ _**Employment History**_ please List your employment History for the _**last 5 years**_, if you were unemployed, self-employed or lived outside of the United Stated within the past 5 years please answer **Question 14A**

### Question 15

• _**Residential History**_ Please list where you have lived the _**past five (5) years**_ Include Street address, City, State, County, & Dates (MM/YY thru MM/YY).

### Question 16

• _**Personal References**_ Please list 4 personal references _**DO NOT INCLUDE FAMILY MEMBERS NOR PREVIEWS SUPERVISORS/MANAGERS**_

### Question 18

• Please list any/all Criminal History to include Minor Arrest, Felonies & Misdemeanor, regardless of the outcome of the case ( Even if the case(s) was dropped, dismissed or expunged)
• _**Felony Criminal History**_: Require Court Dispositions Documents for any dropped, dismissed, Nolle Prossed or abandoned Felony case (if applicable).

nothing ρ



# Background Check Requirements

**Please bring the Following to your Gaming Appointment**

## Social Security Card

- You Must bring your Social Security Card to your Gaming Appointment, if you don't have one please request one and bring the confirmation Letter or email from the Social Security Office,  you can also request your Social Security **online** at: https://www.ssa.gov/myaccount/replacement-card.html

## Current or Previous Employment

- **REQUIRED: Provide a paystub, W2, 1099 form, or proof of direct deposit from your current or previous employer to verify employment.**
- If employed but paid only in cash, unemployed, self-employed, a full time student, or living outside of the country for the past 5 years send an email to Hollywoodhardrock@semtribe.com with a brief description of your situation.

## Military

- If you are currently serving, or enrolled in the military in the past 5 years, you must provide a DD214 or Military ID.

## FELONY Arrests

- If you have any *Felony* arrests you must provide the Final Court Dispositions for all dropped, dismissed, nolle prossed or abandoned *Felony* cases. **The dispositions must be court issued.** No on-line documentation will be accepted.
  *Note: Any Felony charge with a disposition of guilty, adjudication withheld, or pre-trial diversion is an automatic disqualification.

**Email your documents to:**

# Hollywoodhardrock@semtribe.com

**Put your full name in the subject line.**

If you prefer to send your documents by fax, you may fax them to 954-967-3622

IN THE CIRCUIT AND COUNTY COURTS OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

IN AND FOR MIAMI-DADE COUNTY


I, LUIS G. MONTALDO, CLERK AD INTERIM CIRCUIT AND COUNTY COURT OF THE ELEVENTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY, DO HEREBY CERTIFY
THAT A DILIGENT EXAMINATION OF THE FELONY, MISDEMEANOR AND NON CRIMINAL
VIOLATION FILES AND RECORDS IN MY OFFICE REGARDING:


      NAME: GABRIEL, CODY
      DATE OF BIRTH: 02/20/1989
      RACE:  BLACK    SEX:  MALE
      YEARS RESEARCHED:  2000 - 2023

INDICATES THE FOLLOWING:


      CITATION/
      ARREST  /
      FILE
      DATE/

| CASE NUMBER | ARST DEPT | CHARGES | DISPOSITION | DISPO DATE |
|---|---|---|---|---|
| **GABRIEL, CODY** | | | | |
| F21001850 | 02/03/2021 | RBRY/STRNGARM/101/19 | NO ACTION | 03/05/2021 |
| | | ROBBERY/STRNGARM/ATT | NO ACTION | 03/05/2021 |
| | MIAMI BEACH | | | |
| **GABRIEL, CODY** | | | | |
| M13025266 | 06/11/2013 | BATTERY | NOLLE PROS | 01/23/2014 |
| | MIAMI DADE POLICE | | | |
| **GABRIEL, CODY** | | | | |
| B09041561 | 07/14/2009 | BATTERY | NOLLE PROS-COMP PT | 04/21/2010 |
| | MIAMI DADE POLICE | | | |


    PURSUANT TO FLORIDA RULES OF COURT, RULE 2.430, COURT RECORDS THAT ARE
NOT PERMANENTLY RECORDED MAY BE UNAVAILABLE, OR DISPOSED OF BY THE CLERK, IN
ACCORDANCE WITH THE APPLICABLE RETENTION SCHEDULE REQUIRED BY SAID RULE. (10
YEARS FOR FELONY, MISDEMEANOR AND CRIMINAL TRAFFIC VIOLATIONS IN WHICH THE
DEFENDANT WAS ADJUDICATED NOT GUILTY).
PLEASE SEE FLORIDA RULES OF COURT, RULE 2.430, FOR A COMPLETE LISTING OF
RECORDS RETENTION REQUIREMENTS.

PAGE: 001



WITNESS MY HAND AND THE SEAL OF THE COURT AT MIAMI, MIAMI-DADE COUNTY, FLORIDA, THIS 26 DAY OF     APRIL, 2023.

LUIS G. MONTALDO, CLERK AD INTERIM
CIRCUIT AND COUNTY COURTS
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PAGE: 002

BY:

DEPUTY CLERK
MARLISSA STEPHENS

Deputy Clerk of the Circuit Court
of the Eleventh Judicial Circuit
of Florida, in and for Dade County